[Nos. 57436-1-I; 57630-6-I. Division One. January 29, 2007.]

GEORGE KRASLE, *Appellant*, v. SONGAIA COHOUSING PARTNERS, LLC, ET AL., *Defendants*, SONGAIA ASSOCIATION, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 03-2-10791-6, George N. Bowden, J., entered December 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57459-1-I. Division One. January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ZARINA RENEE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06826-2, Theresa B. Doyle, J., entered December 12, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57860-0-I. Division One. January 29, 2007.]

A. GRAHAM GREENLEE, *Respondent*, v. FRY'S ELECTRONICS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-24223-1, Michael J. Fox, J., entered February 8, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 57999-1-I. Division One. January 29, 2007.]

DONALD J. SCHNEIDER, *Appellant*, v. COSTCO WHOLESALE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23766-1, Laura C. Inveen, J., entered March 10, 2006. *Affirmed* by unpublished per curiam opinion.